AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

**Ajay Suresh**
*Plaintiff(s)*

v.   Civil Action No. 1:25-cv-23295-JB

**OculusIT LLC**
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  OculusIT LLC
Serve: Registered Agent
CHOPRA, ARUN, 936 SW 1ST AVE., SUITE 424, MIAMI, FL 33130.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

George N. Colville
**SRIPLAW, P.A.**
9100 South Dadeland Boulevard, Suite 1500
Miami, Florida 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jul 23, 2025



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ B. Chin*
Deputy Clerk
U.S. District Courts